UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH PERRIN | CIVIL ACTION |
| VERSUS | |
| STATE OF LOUISIANA, ET AL. | NO. 20-00165-BAJ-EWD |

### FINAL JUDGMENT

For the written reasons assigned (Doc. 39),

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the above-captioned matter be and is hereby **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 8th day of April, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA